IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY LOCAL 160, PLUMBERS AND PIPEFITTERS LOCAL 160 PENSION PLAN and PLUMBERS AND PIPEFITTERS LOCAL 160 HEALTH & WELFARE BENEFIT TRUST FUND,<br><br>   Plaintiffs,<br><br> vs.<br><br>H & E, INC.,<br><br>   Defendant. | Case No. 12-cv-1057-JPG-SCW |

**CONSENT JUDGMENT**

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiffs United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry Local 160, Plumbers and Pipefitters Local 160 Pension Plan, and Plumbers and Pipefitters Local 160 Health & Welfare Benefit Trust Fund and against defendant H & E, Inc., in the amount of $17,500.00

**DATED:** July 8, 2013         **NANCY J. ROSENSTENGEL, Clerk of Court**

                    s/Deborah Agans, Deputy Clerk

Approved: s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**